THE STATE OF OHIO, APPELLEE, *v*. OVERTON, APPELLANT.

[Cite as *State v. Overton,* 128 Ohio St.3d 353, 2011-Ohio-740.]

*Discretionary appeal accepted on Proposition of Law No. II, judgment of the court of appeals vacated in part, and cause remanded to the court of appeals for application of State v. Johnson.*

(No. 2010-2072 — Submitted February 1, 2011 — Decided February 22, 2011.)

APPEAL from the Court of Appeals for Franklin County, No. 09AP-858, 2010-Ohio-5256.

_____

{¶ 1}   The discretionary appeal is accepted on Proposition of Law No. II.

{¶ 2}   The portion of the judgment of the court of appeals addressing appellant's eighth assignment of error below is vacated on the authority of *State v. Johnson*, 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson*.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Ron O'Brien, Franklin County Prosecuting Attorney, and Seth L. Gilbert, Assistant Prosecuting Attorney, for appellee.

Yeura R. Venters, Franklin County Public Defender, and Allen V. Adair, Assistant Public Defender, for appellant.

_____